**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

---

FIINA N SHIGWEDHA

VERSUS

BRIAN ACUNA, ET AL.

CIVIL ACTION NO. 26-2430

JUDGE ALEXANDER C. VAN HOOK

MAGISTRATE JUDGE CAROL B. WHITEHURST

---

## **ORDER**

Fiina Shigwedha ("Petitioner") filed a motion for temporary restraining order, Record Document 3, alleging that the Respondents did not follow their own regulations in detaining her, a woman pregnant with twins, and have violated the *Accardi* doctrine. Record Document 3-1 at 4. The undersigned instructed the Respondents to "provide details about the Petitioner's medical conditions, evaluations, and treatment." Record Document 8.

The Respondents, instead, offered a conclusory statement that "ERO headquarters is reviewing Petitioner's status and considering release." Record Document 10 at 3. That response is not enough. *See, e.g.*, *San Juan v. Mullin*, No. 26-1795, 2026 WL 19625852, at *2 (W.D. La. July 7, 2026) (Joseph, J.) (granting habeas relief for an *Accardi* doctrine violation when the government "offered no additional evidence" of its compliance with ICE Directive 11032.4 after detaining a nursing mother).

1

Considering the foregoing,

**IT IS ORDERED** that the Respondents file a **status report** no later than **July 30, 2026**, on its review of the Petitioner's detention. The report should include an affidavit detailing the decision the Respondents made and reasons in support of the decision.

**DONE AND SIGNED** at Shreveport, Louisiana, this 21st day of July, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE