**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| FIINA N. SHIGWEDHA | CIVIL ACTION NO. 26-2430 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| BRIAN ACUNA, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## ORDER

The habeas petition is **REFERRED** to the Magistrate Judge for a Report and Recommendation. Record Document 1.

**DONE AND SIGNED** at Shreveport, Louisiana, this 17th day of August, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE